IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERESA ANN CULPEPPER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:12-CV-2180-CAP |
| | : | |
| CITY OF ATLANTA, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Teresa Ann Culpepper and hereby voluntarily dismisses the above action against Defendants City of Atlanta, Jaidon Codrington, Nicole Aguinaga, Justin Strom, Fulton County, Georgia, Arthur Walton, Jamie Wilson, Felicia Deas, Lenore Vanderpool, Vernissa Perry, and Sharon Jackson with prejudice.

Respectfully submitted this 13th day of September, 2013.

                                           **THE MERCHANT LAW FIRM P.C.**

                                           */s/ John B. Merchant, III*
                                           JOHN B. MERCHANT, III
                                           Georgia Bar No. 533511
                                           ASHLEIGH B. MERCHANT
                                           Georgia Bar No. 040474
                                           341 Lawrence Street, N.E.

Marietta, Georgia 30060
Telephone: (404) 510-9936
Facsimile: (404) 592-4614
E-mail:  *john@merchantlawfirmpc.com*
          *ashleigh@merchantlawfirmpc.com*

*Counsel for Plaintiff, Teresa Ann Culpepper*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERESA ANN CULPEPPER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 1:12-CV-2180-CAP |
| | : | |
| CITY OF ATLANTA, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of ***Notice Of Voluntary Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to all counsel of record as follows:

Walter B. Yarbrough, Esq.
Office of the County Attorney
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
walter.yarbrough@fultoncountyga.gov

LaShawn Terry, Esq.
City of Atlanta Department of Law
City Hall Tower
68 Mitchell Street, S.W., Suite 4100
Atlanta, Georgia 30303
lterry@atlantaga.gov

David Fife, Esq.
Atkins & Fife, LLC
6400 Powers Ferry Road, Suite 355
Atlanta, Georgia 30339
bill@atkinsfife.com

Clarence Cuthpert, Jr., Esq.
Cuthpert & Associates, P.C.
3355 Lenox Road, Suite 750
Atlanta, Georgia 30326
ccuthjrpc@hotmail.com

Joshua A. Millican, Esq.
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Joshua.millican@lawofficepc.com

This 13th day of September, 2013.

*/s/ John B. Merchant, III*
JOHN B. MERCHANT, III
Georgia Bar No. 533511